# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VELDA FAYE HOLT and others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:13-cv-00438 ) |
| CNR FOODS, LLC, d/b/a POPEYES LOUISIANA KITCHEN, | ) ) ) ) |
| Defendant. | ) |

## ORDER APPROVING ATTORNEYS' FEES AND EXPENSES

Pursuant to the Consent Decree filed on August 26, 2013 in this matter, the parties have agreed that Plaintiff's counsel is entitled to attorneys' fees in the amount of $15,000.00 and reimbursement of expenses in the amount of $4,479.03. The parties have agreed, and the Court finds, that these attorneys' fees are reasonable in light of the nature of this dispute, its early resolution, and the skill required to perform the necessary legal services.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiff's counsel be, and hereby is, awarded attorneys' fees in the amount of $15,000.00 and reimbursement of expenses in the amount of $4,479.03, to be paid by the Defendant within thirty (30) days of the entry of this order.

IT IS SO ORDERED this 42y "f c{"qh"Hgdtwct{."42360

/s/ Kevin H. Sharp
Hon. Kevin H. Sharp
United States District Judge

Conformed copies to:
Michael L. Russell, Esq.
Clinton H. Scott, Esq.
Lisa A. Krupicka, Esq.
Mary C. Hamm, Esq.